**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JOSEPH ALEX TASHMAN,

                    Plaintiff,                    21 **CIVIL** 801 (JMF)(GRJ)

       -against-                       **JUDGMENT**

KILOLO KIJAKAZI,

                    Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated August 8, 2022, the R&R is ADOPTED in its entirety.

Plaintiff's motion for judgment on the pleadings is DENIED; and the Commissioner's cross-

motion is GRANTED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal

from the Order would not be taken in good faith, and in forma pauperis status is thus denied. See

Coppedge v. United States, 369 U.S. 438, 444-45 (1962; accordingly, the case is closed.

**Dated:**  New York, New York
         August 11, 2022

                              **RUBY J. KRAJICK**
                            _____
                             **Clerk of Court**
         **BY:**     K. Mango
                             _____
                             **Deputy Clerk**